**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ESTATE OF TIMOTHY DEVINE          :        CIVIL NO.  3:14CV1019 (JAM)
                                          :
     V.                                  :
                                          :
LOUIS FUSARO, JR.                 :
STEVEN RIEF                      :
MICHAEL AVERY                 :
KEVIN COOK                     :        NOVEMBER 17, 2015

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

This case, which concerns the defendants' claim to qualified Immunity, has been

fully briefed and argued.  The defendants' respectfully notify the Court, and opposing

counsel, of the Supreme Court's November 9, 2015 decision in Mullenix v. Luna, _____

S. Ct. _____ (2015); 2015 WL 6829329 in which the Supreme Court addressed a claim

of qualified Immunity and discussed some of the legal issues presently before the Court.


                               DEFENDANTS
                               Fusaro, Rief, Avery and Cook

                               GEORGE JEPSEN
                               ATTORNEY GENERAL


                        BY: _____/s/_____
                               Matthew B. Beizer
                               Assistant Attorney General
                               Federal Bar #ct16304
                               110 Sherman Street
                               Hartford, CT 06105
                               Tel.:  (860) 808-5450
                               Fax:  (860) 808-5591
                               Matthew.Beizer@ct.gov

2

## CERTIFICATION

I hereby certify that on November 17, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties be operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____/s/_____
Matthew B. Beizer
Assistant Attorney General