# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF TIMOTHY DEVINE,<br>　　Plaintiff, | :<br>:<br>: |
| 　　v. | : 　Civil Action No: 3:14-cv-01019(JAM) |
| LOUIS FUSARO, JR, STEVEN RIEF,<br>MICHAEL AVERY, and KEVIN COOK,<br>　　Defendants. | :<br>:<br>:　　　　　　　　　　　　:<br>:<br>: |

## **JUDGMENT**

This matter came for consideration on defendants' motion for summary judgment before the Honorable Jeffrey Alker Meyer, United States District Judge.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order (Doc. #43) on January 14, 2016, granting the relief. Therefore, it is hereby;

ORDERED, ADJUDGED and DECREED, that summary judgment is granted in favor of defendants Louis Fusaro, Jr, Steven Rief, Michael Avery, and Kevin Cook, and the case is closed.

Dated at New Haven, Connecticut this 15th day of January 2016.

　　　　　　　　　　　　　　　　　　　　　　　　ROBIN D. TABORA, Clerk


　　　　　　　　　　　　　　　　　　　　　　　　By /s/ Yelena Gutierrez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


EOD:   January 15, 2016